[No. 38514-7-II. Division Two. January 6, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH L. NASH, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated January 10, 2011. A substitute opinion will be filed in due course.

[No. 39001-9-II. Division Two. January 6, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. KEATON CARTER FOX EGIZI, *Appellant*.

 *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Serko, J. Pro Tem., concurred in by Penoyar, C.J., and Worswick, J.

[No. 39371-9-II. Division Two. January 6, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAIL DRAPER, *Appellant*.

 *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Armstrong, J.

[No. 39381-6-II. Division Two. January 6, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAIL LEE DRAPER, *Appellant*.

 *Affirmed in part* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Armstrong, J.